# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**LAWRENCE SPRUILL,**

    Plaintiff,

  v.                                  Case No. 17-CV-1808

**ERIC SPRUILL** and
**BETTY JOHNSON,**

    Defendants.

## MEDIATION REPORT AND RECOMMENDATION

This matter came to me for mediation on October 3, 2018. Lawrence Spruill appeared in person and represented himself, accompanied at the mediation by his wife and daughter. Betty Johnson and Eric Spruill represented themselves and appeared by videoconference.

In this interpleader matter, Trustmark Insurance Company has deposited with the Clerk of Court the proceeds of a life insurance policy obtained by Margaret Spruill, who died in 2017. ECF No. 1. Ms. Spruill had originally made her two sons, Lawrence and Eric Spruill, the co-beneficiaries of the policy. But in 2016, the decedent allegedly elected a new beneficiary, her sister Betty Johnson. The proceeds of the policy as deposited with the Clerk are $34,926.51. ECF entry of June 11, 2018. For purposes of the mediation, the parties worked on the assumption that the amount at issue was $34,000 and that any distribution of the proceeds would be completed in proportionate shares.

At the completion of the mediation, the parties agreed to split the $34,000 as follows:

    Betty Johnson & Eric Spruill:    $22,000; i.e., 64.7% of proceeds

    Lawrence Spruill:    $12,000; i.e., 35.3% of proceeds

The parties also agreed that Betty Johnson would receive payment on behalf of both her and of Eric Spruill.

Finally, the parties agreed that Lawrence Spruill would make the following changes to the decedent's death certificate:

    Name of Decedent:    Margaret A. Spruill

    Date of Birth:    March 23, 1943

    Name of Father:    Willie Bob Spruill

    Name of Mother:    Mary Charles Hudgins

The parties released each other of all claims regarding this matter and agreed to hold harmless Trustmark for distribution of the policy proceeds in the sums agreed to at the mediation.

Given that the mediation resolved all outstanding claims to the subject of the interpleader, I recommend that this matter be dismissed with prejudice.

**IT IS THEREFORE ORDERED** that this action be referred back to the presiding district judge;

**IT IS RECOMMENDED** that the presiding district judge dismiss this action with prejudice, as all disputes pertaining to the subject of the interpleader have been resolved.

Dated this 5th day of October, 2018.

*s/ David E. Jones*
David E. Jones
United States Magistrate Judge