UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

LAWRENCE SPRUILL,

      Plaintiff,

v.                                                 Case No. 17-cv-1808-pp

ERIC SPRUILL AND BETTY JOHNSON,

      Defendant.

---

**ORDER ADOPTING RECOMMENDATION (DKT. NO. 31), ORDERING CLERK OF COURTS TO DISPERSE FUNDS IN COURT REGISTRY CONSISTENT WITH TERMS OF SETTLEMENT, AND DISMISSING CASE**

---

      Magistrate Judge David E. Jones conducted a mediation on October 3, 2018, and the parties agreed to resolve this case. Dkt. No. 31. Judge Jones issued a report and recommendation on October 5, 2018, describing the terms of the settlement and recommending that this court dismiss the case with prejudice.

      Under Federal Rule of Civil Procedure 72(b), if a party does not object to a magistrate judge's report and recommendation, the district court (this court) reviews the recommendation for clear error. Fed. R. Civ. P. 72(b); <u>Johnson v. Zema Systems Corp.</u>, 170 F.3d 734, 739 (7th Cir. 1999) (citations omitted). Because no party has filed an objection, the court must decide only whether Judge Jones's report and recommendation are clearly erroneous. The court concludes that they are not.

The court **ADOPTS** the recommendation of the magistrate judge that this court dismiss the case with prejudice. Dkt. No. 31.

The court **ORDERS** the clerk of court to disperse the funds deposited in the court registry consistent with the terms set forth in Judge Jones's report and recommendation. The initial $34,926.51 deposited with the court registry has accrued interest. The clerk of court shall distribute 64.7% of the proceeds to Betty Johnson and Eric Spruill, and 35.3% of the proceeds to Lawrence Spruill. The parties have agreed that Betty Johnson will receive payment on behalf of both her and Eric Spruill.

The court **ORDERS** that this case is **DISMISSED WITH PREJUDICE.** The clerk will enter judgment accordingly. This order and the judgment to follow are final.

Dated in Milwaukee, Wisconsin this 19th day of November, 2018.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER**
**United States District Judge**